UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:21-mj-2167-JSS

THOMAS CUNNINGHAM
_____/

**DETENTION ORDER**

THIS MATTER is before the Court on the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142(f). In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing was held. This Court concludes that the following facts require the detention of Defendant, Thomas Cunningham, pending further order of the Court.

Defendant is accused of violating the terms of his Supervised Release in a Petition for Warrant or Summons for Offender Under Supervised Release. (Dkt. 1.) The Government moved to detain Defendant pending the outcome of Defendant's final revocation hearing. Given that Defendant is serving a sentence, Defendant has the burden of establishing by clear and convincing evidence that conditions of release are available that will reasonably assure his appearance at future court proceedings and the safety of the community. *See* Fed. R. Crim. P. 32.1. Upon consideration, for the reasons stated on the record at the hearing and based on the factors under 18 U.S.C. § 3142(g), to include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the Court finds that Defendant should be detained pending his final revocation hearing. Specifically, the Government proffered that the Defendant has absconded from

supervision on numerous occasions without permission. Accordingly, Defendant has not met his burden of establishing by clear and convincing evidence that conditions are available to reasonably assure his future appearance in court and the safety of the community. It is hereby **ORDERED** that Defendant be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on December 1, 2021.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service